# NO. 12-24-00313-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *QUITMAN HOSPITAL, LLC D/B/A/ UT HEALTH QUITMAN,*<br>*APPELLANT* | § | *APPEAL FROM THE 402ND* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *W.S., A MINOR BY DUANE STEWART ANF,*<br>*APPELLEE* | § | *WOOD COUNTY, TEXAS* |

## MEMORANDUM OPINION
## PER CURIAM

This appeal is being dismissed for failure to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(c).

A party who is not excused by statute or the appellate rules from paying costs must pay--at the time an item is presented for filing--whatever fees are required by statute or Texas Supreme Court order. TEX. R. APP. P. 5; *see* TEX. R. APP. P. 20.1. An appellate court may enforce Rule 5 by any order that is just. TEX. R. APP. P. 5. After giving ten days' notice, an appellate court may dismiss an appeal because the appellant failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. TEX. R. APP. P. 42.3(c).

On October 23, 2024, the Clerk of this Court notified Appellant, Quitman Hospital, LLC d/b/a UT Health Quitman, that the filing fee in this appeal is due and that the appeal would be

subject to dismissal if the fee was not paid on or before November 4. The date for remitting the filing fee passed, and Appellant has not paid the fee or otherwise shown that it is excused from paying the fee.[1]

Because Appellant failed, after notice, to comply with Rule 5, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c).[2]

Opinion delivered November 13, 2024.
*Panel consisted of Worthen, C.J., and Neeley, J.*

---

[1] The case information sheet from the Wood County District Clerk's Office reflects that Appellant was not declared indigent in the trial court.

[2] We also note that despite filing an amended notice of appeal, Appellant has not corrected defects in its notice of appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a) (West Supp. 2019) (notice of appeal must be served on each court reporter responsible for preparing reporter's record).



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 13, 2024**

**NO. 12-24-00313-CV**


**QUITMAN HOSPITAL, LLC D/B/A/ UT HEALTH QUITMAN,**
Appellant
V.
**W.S., A MINOR BY DUANE STEWART ANF,**
Appellee

Appeal from the 402nd District Court
of Wood County, Texas (Tr.Ct.No. 2023-657)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., and Neeley, J*